

Joey DeLeon, Esq. (SBN 150974)
3501 Jamboree Rd., North Tower, 4th Flr
Newport Beach, CA 92660
Telephone: (949) 509-4231
Facsimile: (949) 725-0619
Attorneys for Downey Savings

**Signed: May 14, 2009**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| LISA MICHELLE MINI<br><br>Debtor(s)<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION F.A.,<br>Movant<br>v.<br>LISA MICHELLE MINI, Debtor and Debtor-in-Possession<br>Respondents | CHAPTER: 11<br>CASE NO.: 08-12600- AJ<br>RS No. JDL-129<br><br>**ORDER GRANTING RELIEF FROM STAY**<br><br>Hearing Date/Time: 5/14/09 @ 9:00 a.m.<br>Judge: A. Jaroslovsky |

The hearing in the above-entitled case was held on the date, at the time, and in the department above-referenced, with Downey Savings and Loan Association, F.A. ("Downey") being represented by and through counsel, and other appearances being made as set forth on the record in open court, and an Affidavit of Service of all Respondents and of the U.S. Trustee having been filed with the Court, and the Court having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Effective that date which is 60 days from the date of the within hearing (to wit: July 14, 2009), Downey is released from the Stay provided under 11 U.S.C. §362(a) with respect to the real property in **Napa** County, California located at **589 Trancas St. #C, Napa, CA** (the "Property"), which is legally described as;

> THE LAND IN THE COUNTY OF NAPA, STATE OF CALIFORNIA DESCRIBED AS PARCEL B OF PARCEL MAP NO. 3574 FILED OCTOBER 20, 1982 IN BOOK 13 OF PARCEL MAPS, PAGE 52, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

unless prior to the aforesaid date Debtor has obtained confirmation of a Chapter 11 Plan in the within case.

2. If necessary, Debtor may apply for a brief extension of the time to get a final Plan confirmation hearing.

**\*\* END OF ORDER \*\***