```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No.  08-12600 |
| LISA MICHELLE MINI, | CHAPTER 11 |
|    Debtor.      / | MOTION TO DETERMINE STATUS OF CLAIM<br>Date: June 26, 2009<br>Time: 9:00 a.m.<br>Place: 99 South E St.<br>      Santa Rosa, CA |

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

Lisa Mini, Debtor herein, hereby moves the above entitled Court for an Order Determining the Secured Status of the allowed claim of Downey Savings (Class 4) pursuant to Section 506 of the Code and the terms of the Plan.

Said Motion is made on the grounds that the value of the collateral (589 C Trancas St., Napa, CA) is less than the allowed claim of such holder and that the claim is unsecured in part. Said allowed claim is secured to the extent of $890,000 only, and the balance is unsecured.

Said Motion is based hereon, on the appended Declaration of Lisa Mini and on the Memorandum of Points and Authorities appended hereto.

```
Dated:   5/27/09                      DAVID N. CHANDLER, p.c.

                                      By: /s/ David N. Chandler
                                      DAVID N. CHANDLER,
                                      Attorney for Debtor
```

1          DECLARATION OF LISA MINI

2     I, Lisa Mini, declare and say:

3     1.   That if called as a witness, I am competent to testify to
4 the within matters from my own knowledge.

5     2.   I am the Debtor in the above captioned matter and have an
6 opinion of value of the real property based upon my ownership
7 thereof.

8     3.   The real property located at 589 C Trancas St., Napa,
9 California is real property owned by me and consists of a single
10 family residence.

11    4.   Said real property has a current market value of $890,000
12 in my opinion.  Market values have been falling consistently over
13 the past six months to one year and the trend has not slowed down.

14    5.   Based upon such value the allowed claim of claimant is
15 secured to the extent of such value and unsecured as to any balance
16 of such allowed claim.

17    Executed under penalty of perjury this 26th day of May, 2009 at
18 Napa, California.

19                                    /s/ Lisa Mini
                                       Lisa Mini, Debtor
20

21          MEMORANDUM OF POINTS AND AUTHORITIES

22    1.   An allowed claim of a creditor secured by a lien on
23 property in which the estate has an interest is secured to the
24 extent of the value of such creditor's interest in the estate's
25 interest in such property.  11 U.S.C. Section 506(a)(1).

26    2.   To the extent that a lien secures a claim against the
27 debtor that is not an allowed secured claim, such lien is void.
28 Section 506(d).

1.  3. Section 506(a) bifurcates a debt into secured and unsecured components. The secured component is the secured debt. <u>In re Glenn</u>, 786 F.2d 1144 (9th Cir. 1986).

4. The Plan confirmed in the within case specifically provides for the within Motion to Determine the secured component of the claim of Downey Savings, the Class 4 claimholder.

5. It is respectfully submitted that the value of the collateral which is collateral for the claimholder is as set forth herein and that is the amount of the secured component of the claim. The payment provided in the Plan for said claimholder is based upon the secured component of the allowed claim.

6. It is submitted that the collateral be valued as herein provided and that the secured component of the claim be determined as herein set forth.

Dated:   5/27/09                         Respectfully submitted,

                                         DAVID N. CHANDLER, p.c.


                                         By: /s/ David N. Chandler
                                         DAVID N. CHANDLER,
                                         Attorney for Debtor