

**DENIED**



_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

POLK, PROBER & RAPHAEL
Dean Prober, SBN 106207
Lee Raphael, SBN 180030
David F. Makkabi, SBN 249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
818-227-0100
818-227-0101 Fax
Attorneys for Downey Savings and Loan Association

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SANTA ROSA)

In re
LISA MICHELE MINI

    Debtor.

) Case No.: 08-12600
)
)
) CHAPTER 11
)
) **PROPOSED PROTECTIVE ORDER**
)
) Date:      August 20, 2009
) Time:
) Judge:     Alan Jaroslovsky
) Ctrm:
) Location:  U.S. Bankruptcy Court
)            99 South E Street
)            Santa Rosa, CA 95404

After review of the Application for Protective Order and accompanying declarations and evidence and good cause appearing, the court issues the following Protective Order.

1. Melanie Manalansan is excused from the deposition set for August 24, 2009 or August 25, 2009. The parties are ordered to reset her deposition at the earliest possible date;

2. Dan Cruz is excused for his currently scheduled deposition. If Debtor

1

1 desires to take his deposition, Debtor must pay Mr. Cruz the reasonable value services as
2 determined by his normal and customary fee schedule;

3. Movant is excused from producing any document or information regarding the any personal financial information, loan information regarding Movant's loan to Michael Venuta until Debtor has complied with California Code of Civil Procedure Section 1985.3 and any other applicable statute;

4. Movant is excused from producing production of a manual regarding the collection procedures for Movant's loans.

IT IS SO ORDERED:

Dated: August ___, 2009

_____
UNITED STATES BANKRUPTCY JUDGE